# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TERRY MCNEIL, | No. 4:15-CV-01243 |
|---|---|
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| GLOBAL TEL-LINK, | |
| Defendant. | |

## ORDER

### DECEMBER 4, 2018

On November 9, 2018, Magistrate Judge Joseph F. Saporito issued a Report and Recommendation.[1] Objections to this Report and Recommendation were due by November 26, 2018, but none were received. This Court has reviewed the Report and Recommendation and finds "no clear error on the face of the record."[2]

Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation issued by Magistrate Judge Saporito, ECF No. 76, is **ADOPTED IN ITS ENTIRETY** as follows:

1. Plaintiff's Amended Complaint[3] is **DISMISSED WITH PREJUDICE**.

2. Dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g).

---

[1] ECF No. 76.
[2] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).
[3] ECF Nos. 54, 55.

3. Plaintiff's request for class certification is **DENIED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge