# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY MCNEIL, | No. 3:15-CV-01243 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| GLOBAL TEL-LINK, | |
| Defendant. | |

## ORDER

### JANUARY 16, 2019

On November 9, 2018, Magistrate Judge Joseph F. Saporito, Jr., recommended dismissing Plaintiff's Amended Complaint.[1] Plaintiff filed objections to this Report and Recommendation on December 4, 2018.[2]

This Court has reviewed the entirety of Magistrate Judge Saporito's Report and Recommendation *de novo*[3] and agrees with its analysis and conclusions. Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation by Magistrate Judge Saporito, ECF No. 76, is **ADOPTED IN ITS ENTIRETY**.

2. Plaintiff's request for class certification is **DENIED**.

---

[1] ECF No. 76.
[2] ECF No. 78.
[3] 28 U.S.C. § 636(b)(1).

3. Plaintiff's Amended Complaint, ECF Nos. 54, 55, is **DISMISSED WITH PREJUDICE**.

4. Dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g).[4]

5. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[4] *See Byrd v. Shannon*, 715 F.3d 117, 122 (3rd Cir. 2013).